UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| TOM PERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 3:15-cv-00072-RLY-WGH |
| ) | |
| TOYOTA MOTOR ENGINEERING & ) | |
| MANUFACTURING HEALTH AND ) | |
| WELFARE BENEFIT PLAN, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

The court, having granted the Defendant's Motion for Summary Judgment, now enters final judgment in its favor, and against the Plaintiff, Tom Perry.

**SO ORDERED** this 23rd day of November 2015.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

1